NUMBER
13-10-00167-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

CEDARCIDE INDUSTRIES,
INC.,                                               Appellant,

 

                                                             v.

 

MELINDA POOLE,                                                                          Appellee.


____________________________________________________________

 

                             On
appeal from the 9th District Court 

                                  of
Montgomery County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                     Before
Justices Yañez, Garza, and Benavides 

Memorandum Opinion
Per Curiam

 








Appellant,
Cedarcide Industries, Inc., perfected an appeal from a judgment entered by the 9th
District Court of Montgomery County, Texas, in cause number 06-10-10512-CV. 
The parties have filed a joint motion to dismiss the appeal on grounds that the
parties have reached an agreement to settle and compromise its differences in
this appeal.  The parties request that this Court dismiss the appeal.  

The
Court, having considered the documents on file and the joint motion to dismiss,
is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.  

The parties
request that the Court order the bond released. The motion is GRANTED.  We
order the trial court to release appellant’s bond.  Costs will be taxed against appellant.
See Tex. R. App. P.
42.1(d) ("Absent agreement of the parties, the court will tax costs
against the appellant.").  Having dismissed the appeal at the parties= request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the  

8th day of July, 2010.